AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 5 - 5 2 5

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

_____7-22-05_____                    _____David C. Martin_____
(Date forms issued)                      (Signature of Party or their Representative)

                                         _____David C. Martin_____
                                         (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action