# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY EVANS BAKER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STATE OF DELAWARE )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendant. ) | **SUMMONS IN A CIVIL CASE**<br><br>05- 525<br><br>CASE NUMBER: _____ |

TO: (Name and address of Defendant)

    State of Delaware
    Department of Correction
    245 McKee Road
    Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

    Laurence V. Cronin, Esquire
    SMITH, KATZENSTEIN & FURLOW, LLP
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO      7-22-05

_____  _____
CLERK                                           DATE

_____
(BY) PER DEPUTY CLERK

10004769.WPD

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/25/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): SERVED: STATE OF DELAWARE DEPARTMENT OF CORRECTIONS AT 245 MCKEE RD. DOVER, DE COPIES THEREOF WERE ACCEPTED BY GERDA STREET

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/25/05
                    Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.