**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE | ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

The Defendant, State of Delaware, Department of Correction (hereafter "DDOC") hereby answers the complaint in this matter as follows:

1. This paragraph contains a series of legal conclusions for which no responses are required.

2. This paragraph contains a legal conclusion/legal argumemnt for which no response is required.

3. This paragraph contains a legal conclusion for which no response is required.

4. This paragraph contains a legal conclusion for which no response is required.

5. Admitted that Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"), the balance of the paragraph is denied.

6. Defendant is without sufficient information to form a belief as to the truth of this paragraph.

7. Admitted that the Department of Correction is a political subdivision of the State of Delaware and the former employer of Plaintiff until she voluntarily resigned from said employment.

8. Admitted that Plaintiff's first assignment as an employee of the DDOC was as a probation officer.

9. Defendant is without sufficient information to form a belief as to the truth of this paragraph.

10. Defendant is without sufficient information to form a belief as to the truth of this paragraph.

11. Defendant is without sufficient information to form a belief as to the truth of this paragraph.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Defendant incorporates the responses contained in paragraphs 1 – 16 of this answer as if fully restated herein.

18. This paragraph contains a legal conclusion/legal argument for which no response is required. To the extent a response is required, the paragraph is denied in its entirety.

19. This paragraph contains a legal conclusion/legal argument for which no response is required. To the extent a response is required, the paragraph is denied in its entirety.

20. Defendant incorporates the responses contained in paragraphs 1 – 19 of this answer as if fully restated herein.

21. This paragraph contains a legal conclusion/legal argument for which no response is required. To the extent a response is required, the paragraph is denied in its entirety.

22.     This paragraph contains a legal conclusion/legal argument for which no response is required. To the extent a response is required, the paragraph is denied in its entirety.

## DEFENSES AND AFFIRMATIVE DEFENSES

The following defenses and affirmative defenses are set forth without admission of liability or improper conduct as to Defendant, or any of the Defendant's agents or employees:

### First Defense

32.     This matter is barred by the Eleventh Amendment of the U.S. Constitution.

### Second Defense

33.     The Court lacks original jurisdiction pursuant to Art. III, § 2 of the U.S. Constitution.

### Third Defense

34.     The complaint fails to state a legal claim for which relief could be granted.

### Fourth Defense

35.     The complaint should be dismissed, in whole or in part, for Plaintiff's failure to exhaust administrative remedies.

### Fifth Defense

36.     Plaintiff's claims, in whole or in part, are barred by the appropriate statute of limitation or repose.

### Sixth Defense

37.     The Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by the Defendant.

### Seventh Defense

38.     The Defendant exercised reasonable care to prevent and promptly correct any alleged sexually harassing behavior by its agents or employees.

**Eighth Defense**

39.     The Plaintiff has failed to mitigate any of her alleged damages.

**WHEREFORE**, the Answering Defendants demand that judgment be entered in their favor as to all claims and against the plaintiff as to all claims and that attorney fees be awarded to the Defendants.

                                                    **STATE OF DELAWARE**
                                                    **DEPARTMENT OF JUSTICE**

                                                    /s/ Aaron R. Goldstein
                                                    Aaron R. Goldstein, I.D. # 3735
                                                    Deputy Attorney General
                                                    Carvel State Office Building
                                                    820 N. French Street, 6th floor
                                                    Wilmington, DE 19801
                                                    (302) 577-8400
                                                    Aaron.Goldstein@state.de.us
                                                    Attorney for Defendant DDOC.

DATE:   AUGUST 29, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on August 29, 2005, I electronically filed Defendant's Answer to the Complaint with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Laurence V. Cronin, Esquire.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us