IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY EVANS BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-525 SLR |
| v. | ) |
| | ) |
| STATE OF DELAWARE | ) TRIAL BY JURY DEMANDED |
| DEPARTMENT OF CORRECTION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 7th day of October, 2005, copies of Plaintiff's Rule 26 Initial Disclosures were caused to be served via hand delivery on the following:

> Aaron R Goldstein
> Department of Justice
> Carvel State Office Building
> 820 N. French Street
> Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com
Attorneys for Plaintiff Kimberly Evans Baker

Date:   October 7, 2005

10007396.WPD