IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY EVANS BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A.No. 05-525-SLR |
| ) | |
| STATE OF DELAWARE ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE AND CERTIFICATE OF SERVICE

I, Aaron R. Goldstein, Attorney for Defendant Robert Rowe, hereby certify that on October 12, 2005, I served upon all persons listed below two true and correct copies of Defendant's initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure in the above-captioned matter by U.S. Mail:

    Lawrence V. Cronin, Esquire
    Smith, Katzenstein, & Furlow
    The Corporate Plaza
    800 Delaware Ave.
    P.O. Box 410
    Wilmington, DE 19899
    *Attorney for Plaintiffs*

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /S/ Aaron R. Goldstein
    _____
    Aaron R. Goldstein (I.D. # 3735)
    Deputy Attorney General
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
DATE: October 12, 2005    Attorney for Defendant.

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on October 12, 2005, I electronically filed *Defendant's Rule Initial Disclosures* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Lawrence V. Cronin, Esquire.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us