IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-525 SLR |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE | ) | TRIAL BY JURY DEMANDED |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 13th day of October, 2005, copies of Plaintiff's First Request for Production of Documents Directed to Defendant were caused to be served via hand delivery on the following:

    Aaron R Goldstein
    Department of Justice
    Carvel State Office Building
    820 N. French Street
    Wilmington, DE 19801

    SMITH, KATZENSTEIN & FURLOW LLP

    _/s/ Laurence V. Cronin_
    Laurence V. Cronin (ID No. 2385)
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899 (Courier 19801)
    Telephone: 302-652-8400
    Telecopy: 302-652-8405
    Email: LVC@skfdelaware.com
    Attorneys for Plaintiff Kimberly Evans Baker

Date:   October 13, 2005

10007396.WPD