IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT OF CORRECTION, | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### NOTICE AND CERTIFICATE OF SERVICE

I, Aaron R. Goldstein, Attorney for Defendant Robert Rowe, hereby certify that on November 14, 2005, I served upon all persons listed below two true and correct copies of Defendant's Responses to Plaintiff's First Request for Production of Documents in the above-captioned matter by U.S. Mail:

>Lawrence V. Cronin, Esquire
>Smith, Katzenstein, & Furlow
>The Corporate Plaza
>800 Delaware Ave.
>P.O. Box 410
>Wilmington, DE 19899
>*Attorney for Plaintiff*

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/S/ Aaron R. Goldstein
_____
Aaron R. Goldstein (I.D. # 3735)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant.

DATE: November 14, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on November 14, 2005, I electronically filed *Defendant's Responses to Plaintiff's First Request for Production of Documents* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Lawrence V. Cronin, Esquire.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us