IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE | ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE AND CERTIFICATE OF SERVICE

I, Aaron R. Goldstein, Attorney for Defendant DOC, hereby certify that on January 13, 2006, I served upon all persons listed below two true and correct copies of Defendant's First Request for Production of Documents in the above-captioned matter by U.S. Mail:

> Lawrence V. Cronin, Esquire
> Smith, Katzenstein, & Furlow
> The Corporate Plaza
> 800 Delaware Ave.
> P.O. Box 410
> Wilmington, DE 19899
> *Attorney for Plaintiff*

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                              /S/ Aaron R. Goldstein
                                              _____
                                              Aaron R. Goldstein (I.D. # 3735)
                                              Deputy Attorney General
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
DATE:  January 13, 2006                         Attorney for Defendant.

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on January 13, 2006, I electronically filed the attached *Notice and Certificate of Service of Defendant's First Request for Production of Documents* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Lawrence V. Cronin, Esquire.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us