IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY EVANS BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-525-SLR |
| ) | |
| STATE OF DELAWARE ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF DEPOSITION

TO:  Aaron R. Goldstein, Esquire
Deputy Attorney General
820 No. French Street, 6th Floor
Wilmington, DE 19801

Pursuant to Fed. R. Civ. P. 30(b)(6), plaintiff will take the deposition of defendant, State of Delaware Department of Correction (the "DOC") on February 15, 2006 at 11:30 a.m. at the offices of Smith Katzenstein & Furlow, LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19899. The person designated to testify on behalf of the DOC shall testify as to matters known or reasonably available to the DOC with respect to the following issues:

1. The DOC's sexual harassment policies, procedures and training programs from January 1, 1998 to the present.

2. The DOC's policies and procedures for investigation of sexual harassment complaints from January 1, 1998 to present.

3. The DOC's investigation of Robert Stevens with regard to plaintiff's complaint of sexual harassment against Mr. Stevens.

4. The DOC's decision-making process with respect to the discipline imposed against Robert Stevens as a result of the investigation of plaintiff's complaint of sexual harassment against Mr. Stevens.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (I.D. #2385)
Etta R. Wolfe (I.D. #4164)
The Corporate Plaza
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Plaintiff

Dated: January 18, 2006

10010050.WPD

## CERTIFICATE OF SERVICE

I, Etta R. Wolfe, hereby certify that on this 18th day of January 2006, I caused a true and correct copy of the foregoing **NOTICE OF DEPOSITION** to be served upon the following via e-filing:

Aaron R. Goldstein, Esquire
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

*Etta R. Wolfe*
Etta R. Wolfe