IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE | ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

TO: Aaron R. Goldstein, Esquire
Deputy Attorney General
820 No. French Street, 6th Floor
Wilmington, DE 19801

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiff will take the deposition of Virginia E. Tice on February 15, 2006 at 11:30 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Plaintiff

Dated: January 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2006, I caused a copy of the foregoing RE-NOTICE OF DEPOSITION to be served on the following counsel of record via e-filing:

Aaron R. Goldstein, Esquire
Deputy Attorney General
820 No. French Street, 6th Floor
Wilmington, DE 19801

/s/ Laurence V. Cronin
Laurence V. Cronin (ID No. 2385)