IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE | ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

TO: Aaron R. Goldstein, Esquire
Deputy Attorney General
820 No. French Street, 6th Floor
Wilmington, DE 19801

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiff will take the deposition of the following on March 9, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| Steve Rogers | 9:30 a.m. |
| Michael Tigue | 10:30 a.m. |
| Noreen Renard | 1:00 p.m. |
| Virginia Tice | 2:30 p.m. |

SMITH, KATZENSTEIN & FURLOW LLP

  /s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Plaintiff

Dated: January 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2006, I caused a copy of the foregoing

**NOTICE OF DEPOSITION** to be served on the following counsel of record via e-filing:

> Aaron R. Goldstein, Esquire
> Deputy Attorney General
> 820 No. French Street, 6th Floor
> Wilmington, DE 19801

                                        /s/ Laurence V. Cronin
                              Laurence V. Cronin (ID No. 2385