IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY EVANS BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-525-SLR |
| | ) |
| STATE OF DELAWARE | )   JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | ) |
| | ) |
| Defendant. | ) |

TO: Aaron R. Goldstein, Esquire
Deputy Attorney General
820 No. French Street, 6th Floor
Wilmington, DE 19801

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiff will take the deposition of the following on March 10, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| Robert George | 9:30 a.m. |
| Eric Adams | 10:30 a.m. |
| Robert Williamson | 1:00 p.m. |

SMITH, KATZENSTEIN & FURLOW LLP

   /s/ Laurence V. Cronin
Laurence V. Cronin (#2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Plaintiff

Dated: January 18, 2006

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February 2006, I caused a copy of the foregoing **NOTICE OF DEPOSITION** to be served on the following counsel of record via e-filing:

>Aaron R. Goldstein, Esquire
>Deputy Attorney General
>820 No. French Street, 6th Floor
>Wilmington, DE 19801

                                    /s/ Laurence V. Cronin
                                    Laurence V. Cronin (ID No. 2385