IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-525 SLR |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE | ) | TRIAL BY JURY DEMANDED |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of February, 2006, copies of Plaintiff's Answers to Defendant's First Set of Interrogatories and Plaintiff's Responses to Defendant's First Request for Production of Documents were served via hand delivery on the following:

    Aaron R Goldstein
    Department of Justice
    Carvel State Office Building
    820 N. French Street
    Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Laurence V. Cronin

Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com
Attorneys for Plaintiff Kimberly Evans Baker

Date: February 17, 2006

10011412.WPD