IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT OF CORRECTION, | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO:   Lawrence V. Cronin, Esquire
      Smith, Katzenstein, & Furlow
      The Corporate Plaza
      800 Delaware Ave.
      P.O. Box 410
      Wilmington, DE 19899
      *Attorney for Plaintiff.*

**PLEASE TAKE NOTICE** that the oral deposition of Kimberly Evans Baker will be taken by Aaron R. Goldstein, Deputy Attorney General, on Monday, March 20, 2006 at 10:00 a.m. The deposition will take place at the Delaware Department of Justice, Carvel State Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801 and will be transcribed by a professional reporter.

                              **STATE OF DELAWARE**
                              **DEPARTMENT OF JUSTICE**

                              /s/ Aaron R. Goldstein
                              Deputy Attorney General
                              Carvel State Office Building
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302) 577-8400
                              aaron.goldstein@state.de.us
DATE:  February 28, 2006      Attorney for Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

  I hereby certify that on February 28, 2006, I electronically filed *Notice of Deposition* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Lawrence V. Cronin, Esquire,
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
*Attorney for Plaintiff.*

              /s/ Aaron R. Goldstein
              Department of Justice
              820 N. French Street, 6th Floor
              Wilmington, DE 19801
              (302) 577-8400
              aaron.goldstein@state.de.us