IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE | ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

RE-NOTICE OF DEPOSITION

TO:   Aaron R. Goldstein, Esquire
      Deputy Attorney General
      820 No. French Street, 6th Floor
      Wilmington, DE 19801

Pursuant to Fed. R. Civ. P. 30(b)(6), plaintiff will take the deposition of defendant, State of Delaware Department of Correction (the "DOC") on March 23, 2006 at 9:30 a.m. at the offices of Smith Katzenstein & Furlow, LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19899. The person designated to testify on behalf of the DOC shall testify as to matters known or reasonably available to the DOC with respect to the following issues:

1. The DOC's sexual harassment policies, procedures and training programs from January 1, 1998 to the present.

2. The DOC's policies and procedures for investigation of sexual harassment complaints from January 1, 1998 to present.

3. The DOC's investigation of Robert Stevens with regard to plaintiff's complaint of sexual harassment against Mr. Stevens.

4. The DOC's decision-making process with respect to the discipline imposed against Robert Stevens as a result of the investigation of plaintiff's complaint of sexual harassment against Mr. Stevens.

5. All aspects of defendant's employment of Shauna Ferguson, including, but not limited to, dates of employment, positions held, job duties, identities of her supervisors and co-workers, last known address and phone number.

6. All attempts made by defendant from 1995 through the present to address its employees' use of potentially offensive posters, pictures, computer screen savers, calendars and other similar items in the work place.

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Laurence V. Cronin

Laurence V. Cronin (I.D. #2385)
Etta R. Wolfe (I.D. #4164)
The Corporate Plaza
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Plaintiff

Dated: March 13, 2006

10011820.WPD

## CERTIFICATE OF SERVICE

I, Etta R. Wolfe, hereby certify that on this  13th  day of March 2006, I caused a true and correct copy of the foregoing **NOTICE OF DEPOSITION** to be served upon the following via e-filing:

Aaron R. Goldstein, Esquire
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

_____
Laurence V. Cronin (ID No. 2385)

10011820.WPD