IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT OF CORRECTION, | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:  Aaron R. Goldstein, Esquire
Deputy Attorney General
820 No. French Street, 6th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE that plaintiff will take the deposition of Alan Machtinger on March 23, 2006 at 9:30 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (#2385)
Etta R. Wolfe (#4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Plaintiff

Dated: March 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2006, I caused a copy of the foregoing **NOTICE OF DEPOSITION** to be served on the following counsel of record via e-filing:

Aaron R. Goldstein, Esquire
Deputy Attorney General
820 No. French Street, 6th Floor
Wilmington, DE 19801

_____
Laurence V. Cronin (ID No. 2385)

10011821.WPD

2