

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

March 16, 2006

*VIA E-FILE AND HAND DELIVERY*

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   Baker v. Department of Correction
      C.A. No. 05-525 SLR

Dear Judge Robinson:

Enclosed is a stipulation allowing for the filing of an amended complaint in the above referenced matter. Pursuant to the scheduling order, the deadline for filing an amended complaint was January 3, 2006. However, since the plaintiff did not receive a Right to Sue from the U.S. Department of Justice in connection with a second charge of discrimination she filed against the defendant until last month, she was not able to include within her original complaint all of the allegations of retaliation that plaintiff asserts are at issue in this case. Neither of the parties believe that this amendment will require any modification to the scheduling order with respect to close of discovery, the filing of dispositive motions or trial.

If Your Honor has questions, counsel are available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

Enclosure

cc:   Clerk of the Court (w/ enc.)
      Aaron R. Goldstein, Esquire (w/ enc.)

10012146.WPD