**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KIMBERLY EVANS BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-525-SLR |
| | ) | |
| STATE OF DELAWARE | ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Pursuant to Fed. R. Civil P. 15(a), the parties hereby stipulate to the filing of an amended complaint in the form attached to this stipulation as Exhibit A. Attached at Exhibit B is a form of the same pleading indicating in what respect it differs from the original complaint.

| | |
|---|---|
| SMITH, KATZENSTEIN & FURLOW LLP | DEPARTMENT OF JUSTICE |
| | |
| /s/ Laurence V. Cronin | /s/ Aaron R. Goldstein |
| Laurence V. Cronin (ID No. 2385) | Aaron R. Goldstein (ID No. 3735) |
| 800 Delaware Avenue, 7th Floor | 820 N. French Street |
| P.O. Box 410 | Wilmington, DE 19801 |
| Wilmington, DE 19899 (Courier 19801) | Telephone:302-577-8400 |
| Telephone: 302-652-8400 | Facsimile:302-577-5866 |
| Facsimile: 302-652-8405 | |
| | Attorneys for defendant |
| Attorneys for plaintiff | |

SO ORDERED this _____ day of March, 2006.

_____
The Honorable Sue L. Robinson

10012142.WPD