

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

March 20, 2006

***VIA E-FILE***

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   Baker v. Department of Correction
      C.A. No. 05-525 SLR

Dear Judge Robinson:

I am pleased to report that the parties have reached an agreement to settle the above referenced matter. We expect to file a stipulation of dismissal within 30 days. If Your Honor has questions, counsel are available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

Enclosure

cc:   Clerk of the Court (via e-file)
      Aaron R. Goldstein, Esquire (via e-file)

10012259.WPD