IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY EVANS BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-525-SLR |
| ) | |
| STATE OF DELAWARE ) | JURY TRIAL DEMANDED |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

**IT IS HEREBY** stipulated by and between the parties hereto, that this case be, and hereby is, dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

SMITH, KATZENSTEIN & FURLOW LLP          DEPARTMENT OF JUSTICE

_____          _____
Laurence V. Cronin (# 2385)              Aaron R. Goldstein (# 3735)
The Corporate Plaza                      Carvel State Office Building
800 Delaware Avenue, P.O. Box 410        820 N. French Street
Wilmington, Delaware 19899               Wilmington, DE 19801
(302) 652-8400                           (302) 577-8400
Attorneys for Plaintiff                  Attorneys for Defendant

SO ORDERED, this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson

10012745.WPD